IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TRI-STATE THERMO KING, INC.
d/b/a Smartmart                                                                PLAINTIFF

v.                              No. 3:21-cv-244-DPM

MAGNESS OIL COMPANY                                              DEFENDANT

ORDER

There's been no activity in this case for nearly five months. Magness Oil appears to have been served, but no answer or Rule 12(b) motion has been filed. Unless a party requests some relief before 15 July 2022, the Court will dismiss this case without prejudice for failure to prosecute.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 June 2022