### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**TRI-STATE THERMO KING, INC.,**
**d/b/a Smartmart**                                                      **PLAINTIFF**

v.                                     **No. 3:21-cv-244-DPM**

**MAGNESS OIL COMPANY**                                   **DEFENDANT**

### JUDGMENT

The complaint is dismissed with prejudice.  The Court retains

jurisdiction until 15 August 2022 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

18 July 2022